Manatt, Phelps & Phillips, LLP
CRAIG J. DE RECAT (Bar No. CA 105567)
E-mail: cderecat@manatt.com
JESSAMYN VEDRO (Bar No. CA 280209)
E-mail: jvedro@manatt.com
AMANDA M. KNUDSEN (Bar No. CA 252752)
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

Attorneys for Plaintiff
TESORO REFINING & MARKETING COMPANY LLC

Laurie Edelstein (Bar No. 164466)
Seth R. Sias (Bar No. 260674)
BRUNE & RICHARD LLP
235 Montgomery Street, Suite 1130
San Francisco, California 94104
Telephone: (415) 563-0600
Facsimile: (415) 563-0613
ledelstein@bruneandrichard.com
ssias@bruneandrichard.com

Attorneys for Defendant
PACIFIC GAS AND ELECTRIC COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TESORO REFINING & MARKETING COMPANY LLC, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC GAS & ELECTRIC COMPANY, a California corporation,<br><br>Defendant. | No. 14-cv-00930-JCS<br><br>**JOINT STIPULATION REGARDING AMENDMENT OF COMPLAINT** |

Plaintiff Tesoro Refining & Marketing Company LLC ("Tesoro") and Defendant Pacific Gas and Electric Company ("PG&E") stipulate as follows:

WHEREAS, on May 5, 2014, PG&E filed a Motion to Dismiss Plaintiff's Claim for Punitive and Exemplary Damages (docket no. 18), currently scheduled for hearing on July 11, 2014,

WHEREAS, Tesoro agrees to withdraw its claim for punitive and exemplary damages without prejudice to amendment and subject to the terms of this Stipulation,

WHEREFORE, THE PARTIES HEREBY STIPULATE:

1. Tesoro will amend its complaint by no later than May 26, 2014, for the sole purpose of removing its claim for punitive and exemplary damages;

2. Tesoro may reassert a claim for punitive and exemplary damages no later than 75 days prior to the close of fact discovery, provided such amendment is consistent with federal and local rules and, if necessary, subject to this Court's leave;

3. In the event that Tesoro reasserts its punitive and exemplary damages claim, PG&E may seek dismissal of such claim on any relevant grounds, except that it may not assert that Tesoro has, by virtue of its filing of an amended complaint as set forth in this Stipulation, conceded any legal or factual issues or waived any argument in this case, including without limitation, the factual statements and legal arguments set forth in PG&E's May 5, 2014, Motion to Dismiss;

4. Except as set forth in Paragraph 3, above, this Stipulation shall not constitute an admission of fact or waiver of legal argument by either party.

1   5.   The parties shall bear their own costs and attorneys' fees.

Dated:   May 15, 2014                MANATT, PHELPS & PHILLIPS, LLP

By: /s/ Craig J. deRecat
    Craig J. deRecat
    Attorneys for Plaintiff
    TESORO REFINING & MARKETING
    COMPANY LLC.

Dated:   May 15, 2014                BRUNE & RICHARD LLP

By: /s/ Laurie Edelstein
    Laurie Edelstein
    Attorneys for Defendant
    PACIFIC GAS AND ELECTRIC
    COMPANY.

Dated: 5/21/14

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA