UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TESORO REFINING & MARKETING COMPANY LLC,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Defendant. | Case No. 14-cv-00930-JCS<br><br>**ORDER TO SHOW CAUSE WHY MOTIONS TO FILE UNDER SEAL SHOULD NOT BE DENIED**<br><br>Re: Dkt. Nos. 78, 85, 90 |

Three administrative motions to file documents under seal are presently pending before the Court: (1) Plaintiff's Administrative Motion to File Under Seal Exhibits B−F and M to the Declaration of Craig J. de Recat (dkt. 71); (2) Defendant's Administrative Motion to File Under Seal Exhibits to the Declaration of Seth R. Sias (dkt. 85); and Plaintiff's Administrative Motion to File Under Seal Exhibits to the Declaration of Robert R. Begland (dkt. 90). Each motion is based on the assertion that the documents at issue have been designated confidential by the opposing party, and that the party seeking to file them may not unilaterally disclose them in the public record.

Civil Local Rule 79-5(e)(1) provides that if a party moves to file under seal documents that another party has designated confidential, "[w]ithin 4 days of the filing of the Administrative Motion to File Under Seal, the Designating Party must file a declaration as required by subsection 79-5(d)(1)(A) establishing that all of the designated material is sealable." Neither party has filed such a declaration. Accordingly, each party is ORDERED TO SHOW CAUSE why the opposing party's motion(s) to file under seal should not be denied, by filing a responsive declaration **no later than September 14, 2015** addressing why each exhibit sought to be sealed cannot be filed in the public record. Alternatively, if the parties do not oppose filing these exhibits in the public

1  record, they are ORDERED to file a statement of non-opposition to public filing by the same date.

2  **IT IS SO ORDERED.**

3  Dated: September 10, 2015

_____
JOSEPH C. SPERO
Chief Magistrate Judge