UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TESORO REFINING & MARKETING COMPANY LLC,<br><br>            Plaintiff,<br><br>      v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>            Defendant. | Case No. 14-cv-00930-JCS<br><br>**ORDER REQUESTING OPINION OF CALIFORNIA PUBLIC UTILITIES COMMISSION**<br><br>Re: Dkt. No. 78 |

This case arises from an outage at Plaintiff Tesoro Refining & Marketing Company, LLC's refinery in Martinez, California. Defendant Pacific Gas and Electric Company ("PG&E") has moved for partial summary judgment on the basis that a tariff rule approved by the California Public Utilities Commission ("CPUC"), PG&E Electric Rule No. 14, shields it from liability—specifically the clause pertaining to "other transmission related outage[s]" in the third paragraph of the Rule, which the CPUC approved in relevant part in 1998 in response to Advice Letter 1737-E. A copy of Rule 14 is attached to this Order.

The scope of that provision appears to be a matter of first impression for both the courts and the CPUC. The Court therefore requests that the CPUC file a response addressing the following question:

> What is the scope of the "other transmission related outage" clause in the third paragraph of PG&E Electric Rule No. 14, and under what circumstances, if any, does it relieve PG&E of liability for PG&E's failure to exercise reasonable diligence?

Because this case is set for an upcoming trial, the Court requests that the CPUC file its response no later than Thursday, November 19, 2015. If the CPUC does not submit a response by that date, or if it files a statement indicating that it is not willing to address the question, the Court will proceed to resolve PG&E's pending Motion without the benefit of the CPUC's perspective.

The parties are instructed to jointly serve a copy of this Order on the general counsel of the CPUC no later than Thursday, October 22, 2015.[1]

**IT IS SO ORDERED.**

Dated: October 20, 2015

_____
JOSEPH C. SPERO
Chief Magistrate Judge

---

[1] The parties have consented to the jurisdiction of the undersigned magistrate judge for all purposes pursuant to 28 U.S.C. § 636(c).