UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TESORO REFINING & MARKETING COMPANY LLC,<br><br>            Plaintiff,<br><br>   v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>            Defendant. | Case No. 14-cv-00930-JCS<br><br>**ORDER DENYING ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL**<br><br>Re: Dkt. Nos. 138, 148 |

On December 16, 2015, Plaintiff Tesoro Refining & Marketing Company, LLC ("Tesoro") filed an administrative motion to file under seal (dkt. 138) an exhibit in connection with its opposition to Defendant Pacific Gas and Electric Company's ("PG&E's") motion to exclude expert testimony. The only stated basis for filing under seal is that PG&E designated the exhibit as confidential pursuant to the protective order in this case. In such circumstances, the Court's Local Rules provide that the designating party—here, PG&E—must file a declaration establishing that the document at issue is subject to sealing. *See* Civ. L.R. 79-5(e)(1). PG&E has not filed such a declaration, and the deadline to do so has passed.

On December 18, 2015, PG&E filed an administrative motion to file under seal (dkt. 148) three documents produced and designated confidential by Tesoro. Tesoro has not filed a timely declaration in response to that motion. Non-parties Foster Wheeler Martinez, Inc. and Martinez Cogen Limited Partnership filed a statement of non-opposition (dkt. 158) to PG&E filing the three documents in the public record.

/ / /

/ / /

/ / /

1   Accordingly, both sealing motions are DENIED, and the parties are instructed to file the
2   documents at issue in the public record no earlier than Monday, January 11, 2016 and no later than
3   Tuesday, January 19, 2016.  *See* Civ. L.R. 79-5(e)(2).

**IT IS SO ORDERED.**

Dated: January 7, 2016

_____
JOSEPH C. SPERO
Chief Magistrate Judge

2