UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TESORO REFINING & MARKETING COMPANY LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Defendant. | Case No. 14-cv-00930-JCS<br><br>**ORDER CHANGING REPLY DEADLINE** |

At the Court's request, the parties submitted supplemental briefs addressing two issues: whether tariff rules should be shown to the jury, and the scope of the "agents, employees or licensees" clause of PG&E Electric Rule No. 2.  The previous deadline for reply briefs is no longer practical in light of the pace at which the trial is proceeding.  Accordingly, any party that wishes to submit reply briefs addressing either or both of these issues may do so no later than **Sunday, January 24, 2016 at 12:00 noon**.  This deadline supersedes the previous deadline of January 26.

**IT IS SO ORDERED.**

Dated: January 22, 2016

JOSEPH C. SPERO
Chief Magistrate Judge