UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TESORO REFINING & MARKETING COMPANY LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>        Defendant. | Case No. 14-cv-00930-JCS |

**COURT'S SPECIAL VERDICT FORM**

Dated: January 28, 2016

JOSEPH C. SPERO
Chief Magistrate Judge

# VERDICT FORM

We, the jury, unanimously find as follows:

## PART A: NEGLIGENCE

**1. Was PG&E negligent?**

\_\_\_\_ Yes          \_\_\_\_ No

*If your answer to Question 1 is "Yes," continue to Question 2.  If your answer to Question 1 is "No," <u>do not answer any other questions in any part of the Verdict Form</u>.  Sign and date the form as instructed below and inform the courtroom deputy that you are finished.*

**2. Was PG&E's negligence a substantial factor in causing harm to Tesoro?**

\_\_\_\_ Yes          \_\_\_\_ No

*If your answer to Question 2 is "Yes," continue to Part B.  If your answer to Question 2 is "No," <u>do not answer any other questions in any part of the Verdict Form</u>.  Sign and date the form as instructed below and inform the courtroom deputy that you are finished.*

## PART B: BREACH OF CONTRACT

*Do not answer any questions in this part unless you answered "Yes" to Questions 1 and 2.*

**3. Did PG&E fail to do something that the Standby Agreement required it to do?**

\_\_\_\_ Yes          \_\_\_\_ No

*If your answer to Question 3 is "Yes," continue to Question 4.  If your answer to Question 3 is "No," <u>do not complete any more questions in Part B</u>, and continue to Part C.*

**4. Was PG&E's failure to do something required by the Standby Agreement a substantial factor in causing Tesoro's harm?**

\_\_\_\_ Yes          \_\_\_\_ No

*Continue to Part C.*

**PART C: COMPARATIVE FAULT**

*Do not answer any questions in this part unless you answered "Yes" to Questions 1 and 2.*

    **5. Was Foster Wheeler an agent of Tesoro for the purpose of providing, installing, inspecting, or maintaining appropriate protective devices required to properly protect Tesoro's systems?**

        ____ Yes          ____ No

*Continue to Question 6.*

    **6. Was Tesoro (or its agent, if applicable) negligent in omitting, installing, maintaining, using, operating, or interfering with protective devices required to properly protect its systems?**

        ____ Yes          ____ No

*If your answer to Question 6 is "Yes," continue to Question 7. If your answer to Question 6 is "No," <u>do not complete any more questions in Part C</u>, and continue to Part D.*

    **7. Was Tesoro's negligence (or its agent's negligence, if applicable) with respect to protective devices a substantial factor in causing its harm?**

        ____ Yes          ____ No

*If your answer to Question 7 is "Yes," continue to Question 8. If your answer to Question 7 is "No," <u>do not complete any more questions in Part C</u>, and continue to Part D.*

    **8. What percentage of responsibility for Tesoro's harm do you assign to each party?**

        PG&E:          _____%

        Tesoro:          _____%
        (Including its agent, if applicable.)

*If you are required to answer Question 8, be sure that the percentages total to 100%. Continue to Part D.*

**PART D: DAMAGES**

*Do not answer Question 9 unless you answered "Yes" to Questions 1 and 2.*

*If you determined at Question 8 that Tesoro was responsible for some of the harm, <u>do not take that into account in determining damages</u>.  The Court will calculate the actual reduction.*

    **9. What are Tesoro's damages?**

        Lost profits:                        $_____

        Expenses due to the Refinery outage:      $_____

                                         **Total:**      **$_____**

*When you are finished, have the foreperson sign and date this form.*

Signed:      _____
                 Foreperson

Dated:      _____
                 Date

*After this Verdict Form has been completed and signed, notify the courtroom deputy that you are ready to present your verdict in the courtroom.*

3